(Rev. 10/2002) Complaint

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: _____

# 09-14093-Civ-MARTINEZ/LYNCH

Patricia Lynn Hunt, individually and

and any and ALL AVIATION STUDENTS onbehalf of all other similar situated.
                    Plaintiff(s)

v.

KEYBANK USA,N.A.,a national banking association organized under the laws

ofthe United States of America, KeyEDUCATION    RESOURCES,ADIVISION OF KEYBANK

USA, N.A.:GREAT LAKES EDUCATIONALLOAN SERVICES, INC.,A Wisconsin Corporation,

STUDENT LOAN EXPRESS,ADelaware Corporation; American Education Services,form
                    Defendant(s)
of entity unknown, and does1-25, Ari Ben Aviator, Inc./Aviator/Michael Cohen

Ari Cohen/Peggy Cohen/ T.J. Mete/Michael Cohen Investments

## COMPLAINT

| | FILED by *LH* D.C. |
|---|---|
| | ELECTRONIC |

I, _____ Patricia Lynn HUnt _____ plaintiff, in the above styled cause, sues

defendant(s); _____

**Mar. 23, 2009**

*(Allegation of jurisdiction, i.e., under which federal law or section of the U.S. Constitut*
*this action is being filed )*

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

This action is filed under: ___ PLease see attached s documentsa _____

(Rev. 10/2002) Complaint

*(Relief request, i.e., State what you want the Court to do or award)*

Wherefore, _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(See also attached documents)

Signed this **MondA** day of **MArch 23** , 20 **09** .

**PatriciaLynnHunt**
Printed or typed name of Filer

**Prose**
Florida Bar Number

**772-924-5451**
Phone Number

**1806 35th St.** (No home)
Street Address        since bank damaged credit

**VeroBeach, FL 32960**
City, State, Zip Code

**Patricia Lynn Hunt**
Signature of Filer

**tskypilot150@yahoo.com**
E-mail address

_____
Facsimile Number

can receive mail at friends

UNTIED STATES DISTRICT COURT
  SOUTHERN DISTRICT of FLORIDA

Case Number:_____

Patricia Lynn Hunt, individually and any and ALL AVIATION STUDENTS on behalf of all other similar situated.

Plantiff(s)

**CLASS ACTION**

vs.

KEYBANK USA, N.A.,  a national banking association organized under the laws of the UNITED STATES OF AMERICA, KEY EDUCATION RESOURCES, a division of KEYBANK USA, N.A.; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC. a Wisconsin Corporation, STUDENT LOAN EXPRESS, a Delaware Corporation; American Education Services, form of entity unknown and does 1-25.

**ARI BEN AVIATOR, INC.; AVIATOR; MICHAEL COHEN/MICHAEL COHEN INVESTMENTS/ ARI COHEN/PEGGY COHEN/ T.J. METE**

**HUDSON VALLEY COMMUNITY COLLEGE**

**I,  Patricia Lynn Hunt  any an all aviation students on behalf of students similar situated;  plaintiff, in the above styled cause, sues**

**Defendant (s) ; see all the above mentioned** KEYBANK USA, N.A.,  a national banking association organized under the laws of the UNITED STATES OF AMERICA, KEY EDUCATION RESOURCES, a division of KEYBANK USA, N.A.; GREAT LAKES EDUCATIONAL LOAN SERVICES, INC. a Wisconsin Corporation, STUDENT LOAN EXPRESS, a Delaware Corporation; American Education Services, form of entity unknown and does 1-25.

**ARI BEN AVIATOR, INC.; AVIATOR; MICHAEL COHEN/MICHAEL COHEN INVESTMENTS/ ARI COHEN/PEGGY COHEN/ T.J. METE**

**HUDSON VALLEY COMMUNITY COLLEGE**

**This action is filed under:__see end _Please see attached typed document**

**Dear Honorable Judge I would request mercy on the United States District Court of Southern Florida for a MOTION FOR AN EXTENTION DUE TO STATUE OF LIMITATIONS along with medical reasons until June 2009_____.**

> **CLASS ACTION**
**Please see complaint below along with attached documents from other schools filing similar cases.**

**My complaint**

I am not an attorney but I am praying that you hear me for so many people I have asked for help since this started have not heard my voice or my thousand of letters since this started until recently.

In June 2003, I applied and was accepted to go to Flight school at Ari Ben Aviator, Inc. / Aviator/Michael Cohen/Michael Cohen Investments (see above) which was owned and operated by Michael Cohen / Ari Cohen his son out of Ari Ben Aviator3800 St. Lucie Blvd. at St. Lucie Airport Fort Pierce , Florida 34946.

I applied for a Key Bank Educational Loan and was accepted for the loan in June 2003 which was highly promoted/advertised by Ari Ben Aviator.  I requested the bank send $5,000 increments which the bank did not.  The Bank insisted on sending all the money directly to the school Ari Ben Aviator/Michael Cohen (see above).

I will be mentioning rather (see above all names involved)  I was informed after starting my Professional Commercial Pilot Training and being approved for my loan there was a credit problem by the school Ari Ben Aviator/Ari Cohen /T.J. Mete
And my loan money was not coming to school.

I contacted Key Bank to attempt to find out what this was in regards to since I had started school and was approved already for the loan.  I was informed that it was a credit matter Key Bank representatives couldn't tell me or wouldn't tell me.

I contacted all three credit bureaus to find out what was going on with my credit .  in the meantime I receive a call from ACS Collections company stating I defaulted on a student loan from 18 years ago.

My parents have lived at the same address for 45 years and I have always used my parents address along with my sister address who has resided at her address for over 20 year approximately along putting on any school documents incase .  I also each time I moved filed with the United States Post Office a proper address form.

I was informed that this ACS collection company had information of me supposedly after 18 years never any contact from anyone.  I spoke with the woman from ACS Collections and she informed me they have had a lot of people mistakenly reported specifically from Hudson Valley Community College.

I was informed to contact Hudson Valley Community College in Troy, New York.
I contacted Hudson Valley Community College at the Business Office and no one could inform e of what was going on after being passed around to numerous departments I finally decided to contact the President.

I contacted the President of the College and asked him if he could tell me what was going on.  I explained that I was presently in a Professional Commercial Pilot Training School and this was interfering with my schooling after being approved and money sent to the school.

The President of the college informed that a bunch of records were in a closet 18 years and they had no evidence they were ever collected or paid to the college approximately 18 years.  The President then informed me to contact "my dam Congressman that's what he is there for he did not have the time to deal with this matter." I attempted to explain that I paid off my loan that year because my dad retired early due to health issue and I was helping support my family.  I stayed home instead of continuing my education as planned and paid off the loan that summer.

So I did, I wrote Congressman Jim Sweeney out of New York State because at the time approximately 18 years later I was a NY resident.  I also wrote Congressman Dave Weldon in

Florida present because I was now a Florida resident. I was waiting my training was interrupted paying with cash from Nanning for many families at John's Island Country Club seasonal.

It took both Congressmen almost approximately a year to get my credit and everything straightens out with my credit Bureaus part 2003-2004. I resumed the Professional Commercial Pilot Training and the school students were quitting, leaving it was very inconsistent from planes being down all the time for maintenance , to CFI's not showing up for your scheduled flight lessons, to planes you were scheduled to fly in being taken to fly. Some flight instructors showing up drunk to fly the assistant to the chief pilot performing double barrel rolls with student on board. There were many problems at this Ari Ben Aviator and if you didn't like and tried to speak to the chief pilot who was always flying day and night . If you spoke with the other staff they would yell and scream and "threaten you that you won't fly for a week or two". Flight instructors only got paid if they flew so they didn't want to teach on the ground only in the air so they were building hours. The instructors would fly you for a day and then would have 10 students and fly a lot and you might fly once a week because instructors were covering for other instructor's vacations. If you went to speak with the owner or the Vice President they would "threaten you'. This went on for sometime no consistency records forged stating you students had so many hours of ground when you didn't. If you complained they wouldn't fly you for a week or so.

The check rides the plane is suppose to be fueled and ready for the student one or two of the best planes because there was always something wrong with the majority of the planes being flown all day and night for time builders coming from all over the United States to build multi engine training. The planes were not well maintained and the owner did not put the funds back into the maintenance. If a student reported and wrote up a maintenance ticket for work i.e.: light out the office staff and the owner Mr. Cohen would go off and threaten you not to fly. I was so fed up that I attempted to get my funds back.   The school refused stating I signed a contract and they will keep more than 50 % of my money. They refused to give any of the students who threatened to leave unless they had a family member who was an attorney.

One student father was a lawyer another I guess worked for the IRS and threatened the school. There were a lot of time builders that didn't get all their flight time and they didn't get their money back they were also quote a low price and then it took three to four times what the owner told them when they arrived.

The FAA would show up and do inspections but the school always seemed to know when they were coming from some of the Flight Examiner's for check rides. The Examiner's worked for the FAA but would receive $350-400 for a check rides cash never a check everyone had to pay cash.

The examiner's were accustom to that several check rides a week if the students could fins a plane that would pass inspection which were few and far between one or two out of a fleet of aircraft. The FAA says they have been trying to close down ARI Ben AVIATOR for Safety but I phoned the FAA in hopes to get some help. I was informed the FAA doesn't deal with lending or any money. Several students after leaving reported anyomously the school and the FAA in Orlando did nothing. They have had a student from London killed in training in 2005.

I asked Mr. Cohen for my funds back and he refused several times and in 2005 I asked for a new contract due to increase in fuel prices. Mr. Cohen sat me in his office and informed me he would do a new contract I asked for one immediately. The school started playing games with giving me a contract.

I was informed the school received some money started back school summer in 2005 after everything was straightened out. I asked the bank to resend the money in increments of $5,000. I started back up and the one instructor I was finally excited about flying with from Australia who cared about his students and had a good reputation finishing all his students who passed with flying colors. I was then informed he was going out of town but when he came back I was promised I would be flying with him. I was passed around to numerous instructors during this time and they were all quitting

because of the planes, maintenance, safety issues that have been on going. The instructors didn't want to place their licenses in jeopardy any longer flying unsafe planes.

The Australian Matt Cox instructor was coming back and while being passed around with instructors and many planes being down. I had an accident injuring my left wrist, shoulder arm, back, neck and jaw.

I was unable to fly but I went right down to the school and requested I do ground school. The chief pilot Pierre Lavial agreed while I was healing I could do ground school. I drove to the school daily while working around my physical therapy the ground school and once again instructors not showing up and the 'new one was promoted '.

I was informed he would not be my instructor which is the entire reason I resided back to school that and they had some of my funds I was unable to get back.
The chief pilot who is here on a green card some how arranged by Michael Cohen who seems to hold over the chief pilots head.

I had a house rented to myself and several other pilots to keep my expenses down. I was in formed by several of my roommates along with some CFI's who recently quit to start documenting the days , times , driving, making phone calls to schedule ground school and meet no one was ever available. I sent a regular letter in the mail to the school and took my roommates and some other pilot's advice. I started sending certified mail some received some refused. Several months this went on and the school ignored me then in 2006 they send me a letter kicking me out of school due to my injuries.

I contacted the bank immediately when the school in 2005 started delaying; denying my training insisting that the funds had to be sent back to the Bank. I find out from Great Lakes representative and Key Bank that in 2005 the flight school received all the funds for me during this time in 2003 I could have been in the islands working as a Commercial Pilot living on a private estate and working for a family I use to work for while in flight school at John's Island.

I was very upset I should have been done with my training in 2003 and I would have been on my way as a Commercial Pilot. The school had all the funds from Key Bank in 2003 misrepresenting that information using some credit issue as an excuse while the funds were gaining interest daily since 2003.

I have several documents to back up facts. My credit reports were documented for defaulting on a student loan 18 years later but that was after Key Bank sent the funds to Ari Ben Aviator. Depending on which thousands employees at Key Bank or my present destroyed credit anywhere from $75, 000 to over $100,000 gaining interest daily. After contacting FERPA in Washington, DC in hopes to obtain some much requested help receiving my records. After FERPA made a phone call instead of getting involved my school records were altered and my signature forged. I requested FERPA's Assistance and the representative told me "lady we are too bsy to deal with this matter."

I have been through this horrible experience seven years. I should have been a Commercial Pilot by 2003 and I would have been off to the islands flying living happily ever after.

I am asking for mercy on the court to file this motion for an extension. I lost my home, my life, my life long dream but most of all my excellent credit and my good name which I worked extremely hard for many years to build to obtain this excellent credit to be approved for this Key bank Loan.

I am asking for your mercy to file this extension so that I may have time to obtain an Attorney who will represent me for my highest good. This has been "horrible" and I want my credit, my life but most of my entire dream and my good name back.

I know this is 'not being filed like an Attorney and I am not one.  I am praying that you hear me there have been so many students affected by Key Bank for years this has been going on.

I have written so many people asking for help Congressman, Senators, Department of Education, Governors in Florida and New York Attorney General's In Florida in New York the Fair credit Act, The FAA Marion Blakely at the time and many more some how I have been ignored and politicians are being dismissed so there are new ones that I pray are listen to my letters.

My goal is to go to Washington, DC to get a bill/Law passed and I have 3,500 signatures.  I also have a proposed Business Plan for Berkshire Hathaway/ Mr. Warren Buffet who owns Flight Safety a good school that I couldn't afford at the time.  This business plan will protect all aviation students from KEYBANK/GREAT LAKES AND REGULATE THE LAWS TO PROTECT STUDENTS SO THIS DOESN EVER HAPPEN TO ANYONE AGAIN.

After this is filed there are many other students I believe who have been effected by Ari Ben Aviator/ Key Bank/ Great Lakes ( see above all defendants)
I will be filing this under the first amendment along with the violation of my Fair Credit rights, RICCO Lien and Fraud and presently trying to obtain excellent counsel to represent this case.

JS 44  (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**
Patricia Hunt individually and any and all aviation Student *on behalf of all similar Situated* (EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS** DBA ari Ben aviator, Inc. key Ben national aviation Aviator michael Cohen (see defendants) attached

**(b)** County of Residence of First Listed Plaintiff

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

### 09-14093-Civ-MARTINEZ/LYNCH

**(d)** Check County Where Action Arose:  ❏ MIAMI- DADE  ❏ MONROE  ❏ BROWARD  ❏ PALM BEACH  ❏ MARTIN  ❏ ST. LUCIE  ☒ INDIAN RIVER  ❏ OKEECHOBEE  HIGHLANDS

**II. BASIS OF JURISDICTION**  (Place an "X" in One Box Only)

❏ 1  U.S. Government Plaintiff

☒ 3  Federal Question (U.S. Government Not a Party)

❏ 2  U.S. Government Defendant

❏ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                    and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated or Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated and Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 610 Agriculture | ❏ 422 Appeal 28 USC 158 | ❏ 400 State Reapportionment |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 362 Personal Injury - Med. Malpractice | ❏ 620 Other Food & Drug | ❏ 423 Withdrawal 28 USC 157 | ❏ 410 Antitrust |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | | ❏ 625 Drug Related Seizure of Property 21 USC 881 | | ❏ 430 Banks and Banking |
| ❏ 140 Negotiable Instrument | | ❏ 365 Personal Injury - Product Liability | | | ❏ 450 Commerce |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 320 Assault, Libel & Slander | ❏ 368 Asbestos Personal Injury Product | ❏ 630 Liquor Laws | **PROPERTY RIGHTS** | ❏ 460 Deportation |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' Liability | | ❏ 640 R.R. & Truck | ❏ 820 Copyrights | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ❏ 340 Marine | **PERSONAL PROPERTY** | ❏ 650 Airline Regs. | ❏ 830 Patent | ❏ 480 Consumer Credit |
| | ❏ 345 Marine Product Liability | ❏ 370 Other Fraud | ❏ 660 Occupational Safety/Health | ❏ 840 Trademark | ❏ 490 Cable/Sat TV |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 371 Truth in Lending | ❏ 690 Other | | ❏ 810 Selective Service |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ❏ 850 Securities/Commodities/Exchange |
| ☒ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 385 Property Damage Product Liability | ❏ 710 Fair Labor Standards Act | ❏ 861 HIA (1395ff) | ❏ 875 Customer Challenge 12 USC 3410 |
| ☒ 195 Contract Product Liability | | | ❏ 720 Labor/Mgmt. Relations | ❏ 862 Black Lung (923) | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | | | ❏ 730 Labor/Mgmt.Reporting & Disclosure Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 740 Railway Labor Act | ❏ 864 SSID Title XVI | ❏ 892 Economic Stabilization Act |
| ❏ 210 Land Condemnation | ❏ 441 Voting | ❏ 510 Motions to Vacate Sentence | ❏ 790 Other Labor Litigation | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| ❏ 220 Foreclosure | ❏ 442 Employment | **Habeas Corpus:** | ❏ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ❏ 894 Energy Allocation Act |
| ❏ 230 Rent Lease & Ejectment | ❏ 443 Housing/Accommodations | ❏ 530 General | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 895 Freedom of Information Act |
| ❏ 240 Torts to Land | ❏ 444 Welfare | ❏ 535 Death Penalty | **IMMIGRATION** | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 540 Mandamus & Other | ❏ 462 Naturalization Application | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | ❏ 550 Civil Rights | ❏ 463 Habeas Corpus-Alien Detainee | | ❏ 950 Constitutionality of State |
| | ❏ 440 Other Civil Rights | ❏ 555 Prison Condition | ❏ 465 Other Immigration Actions | | |

FILED by *LH* D.C.
ELECTRONIC

**Mar. 23, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**V. ORIGIN**  (Place an "X" in One Box Only)

❏ 1 Original Proceeding
❏ 2 Removed from State Court
❏ 3 Re-filed- (see VI below)
❏ 4 Reinstated or Reopened
❏ 5 Transferred from another district (specify)
❏ 6 Multidistrict Litigation
❏ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**
(See instructions second page):
a) Re-filed Case ❏ YES ❏ NO      b) Related Cases ❏ YES ❏ NO
JUDGE _____      DOCKET NUMBER _____

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☒ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ❏ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

SIGNATURE OF ATTORNEY OF RECORD
*Patricia Hunt*

DATE

**FOR OFFICE USE ONLY**

AMOUNT _____      RECEIPT # _____      IFP ✓